

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00817-CV

In the Interest of **R.J.G.** and J.A.G., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1982-CI-10537
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: January 15, 2020

DISMISSED

A filing fee of $205.00 was due when appellant filed his notice of appeal, but it was not paid. *See* TEX. R. APP. P. 5; TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, (Misc. Docket No. 159158, Aug. 28, 2015). We issued an order informing appellant that the filing fee had not been paid and ordering appellant, on or before December 27, 2019, to either: (1) pay the filing fee; or (2) provide written proof that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the filing fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 5, 42.3(c). Appellant has not paid the filing fee or otherwise responded to our order. Accordingly, this appeal is

dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (dismissing an appeal for failure to pay the filing fee).

PER CURIAM